

United States Bankruptcy Court
Eastern District of California

**FILED**
JAN 18 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re

Dirk Alan Hooser          Vickie Lynn Hooser         Case No. **10-52305-B-7**
14234 Glacier View Rd     14234 Glacier View Rd
Truckee, CA 96161         Truckee, CA 96161          Chapter 7

Last four digits of Social Security or Individual
Taxpayer Identification (ITIN) No(s). (if any):
Employer's Tax Identification (EIN) No(s). (if any):
   **2012**                   **4365**

## MOTION TO COMPEL
## ABANDONMENT OF DAYCARE BUSINESS

Debtors, Dirk Alan Hooser and Vickie Lynn Hooser, hereby request a Motion to Compel Abandonment of Daycare Business located at 14234 Glacier View Rd. Truckee, CA 96161.

Date __1/18/11__        Signature: _____
                                    (Debtor)
Date __1/18/11__        Signature: _____
                                    (Joint Debtor)

```
10-52305-B-7
MOTION
DEBTOR: DIRK HOOSER
JUDGE: HON. T. HOLMAN
--------------------------------
FILED 1/18/11 - 11:48 AM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION    dPas
RECEIPT NO: 2-11-01768  $150.00
2010-52305
05
```